## JONES v. DEPT. OF HUMAN RESOURCES

No. 150 PC.

No. 105 (Spring Term).

Case below: 44 N.C. App. 116.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 February 1980.

## LETCHWORTH v. TOWN OF AYDEN

No. 157 PC.

Case below: 44 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

## MENACHE v. MANAGEMENT CORP.

No. 152 PC.

Case below: 43 N.C. App. 733.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 February 1980.

## NICHOLSON v. HOSPITAL

No. 148 PC.

No. 104 (Spring Term).

Case below: 43 N.C. App. 615.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 6 February 1980.

## OSMAR v. CROSLAND-OSMAR, INC.

No. 165 PC.

Case below: 43 N.C. App. 721.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 February 1980.